UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BILLY RITCHIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10CV1351 HEA |
| ) | |
| CONSUMER ADJUSTMENT ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The Court having been advised by Plaintiff that this action has been settled [Doc. #8],

**IT IS HEREBY ORDERED** the September 23, 2010, Rule 16 Conference setting is vacated and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** counsel shall file within thirty (30) days of the date of this Order a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 22nd day of September, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE